No. 329. ROGERS, Appellant, v. ROGERS, Respondent.

(Also reported in 224 N. W. 2d 215.)

The cause was submitted for the appellant on the brief of *McKenzie, Hebbe, Downey & Kellogg, S. C.* of Appleton, and *Fink Law Offices* of Menasha; and for the respondent on the brief of *Dempsey, Magnusen, Williamson & Lampe* of Oshkosh.

Judgment and order affirmed.